# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | )
|---|---|
| Debbie Hughey | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 6:09-2462-HFF |
| | ) |
| Regions Mortgage, Union Planters Bank NA, Union Planters Mortgage, Regions Bank, Ms. M. Glass, City of Mauldin, Greenville Health System, Greenville Health System University Medical Center, Greenville Health System Board of Trustees, Greenville Health System University Medical Center Board of Trustees, Ms. Delaine A. Frierson, State of SC Human Affairs Commission, Schmidt Mortgage Corp., Vincent Schmidt, Pearce W. Fleming, D. Randolph Whitt, Fleming and Whitt Law Firm, Nathan Earle, Temple Mann Brigg and Hill Law Firm, Beverly J. Finkel, Finkel Law Firm, LLC, Eastwood Construction Comp., Owner CEO and President of Eastwood Construction Comp. John Does 1-7, US Court of Appeal, Court of Clerk of Appeal, HUD, Joe Brooks, Everette H. Babb, Babb & Brown, Laurel Meadows Homeowners Association | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)*        recover from the defendant *(name)*        the amount of        dollars ($    ), which includes prejudgment interest at the rate of    %, plus postjudgment interest at the rate of    %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)*        recover costs from the plaintiff *(name)*        .

■ other: this action is dismissed without prejudice and issuance of service.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.

☐ tried by Judge        without a jury and the above decision was reached.

■ decided by Judge    Henry F. Floyd    adopting the Report and Recommendation.

Date: October 26, 2009    *CLERK OF COURT*

                                                         **s/Angela Lewis**

                                      *Signature of Clerk or Deputy Clerk*